UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIEL JAMES PATRICK, LLC,<br>　　　Plaintiff,<br><br>　　v.<br><br>ZHANG LI, et.al.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)　　C.A. No. 22-089-MSM-LDA<br>)<br>)<br>)<br>) |

ORDER

Before the Court is the Plaintiff's Motion to Extend Temporary Restraining Order and Writ of Attachment pursuant to Rule 65 (b)(1)(2) of the Federal Rules of Civil Procedure. (ECF No. 13.) Rule 65(b)(1)(2) permits a Court, having found good cause, to extend a temporary restraining order, issued without notice, for a period of fourteen days. In this case the Plaintiff has asserted that an additional fourteen (14) days would allow it to complete expedited discovery to reveal email addresses associated with the Defendants' third-party user accounts with Amazon.com, Inc. and PayPal, Inc. Further, the Plaintiff requires the additional time to effectuate service on those Defendants.

The Plaintiff's need for sufficient time to properly identify and serve the Defendants constitutes good cause and the Motion to Extend the TRO Order for an additional fourteen days is therefore GRANTED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

March 22, 2022