UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIEL JAMES PATRICK, LLC,<br>    *Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>    *Defendants.* | C.A. No. 1:22-cv-00089-MSM-LDA |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiff, Kiel James Patrick, LLC ("Plaintiff"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby respectfully notifies the Court that this action has been voluntarily dismissed.

    Plaintiff,
    Kiel James Patrick, LLC,
    By Its Attorneys,

    /s/ *Edward D. Pare III*
    Edward D. Pare III, Esq. (#9698)
    Savage Law Partners, LLP
    564 South Water Street
    Providence, RI 02903
    epare@savagelawpartners.com
    Tel:    (401) 238-8500
    Fax:   (401) 648-6748

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of November, 2022, I have caused the within document to be filed with the Court via the ECF filing system and to be electronically mailed to Defendant Zhang Li d/b/a Ashmita Jewelry at the email address 3146065450@qq.com and to Defendant Kdeemua at the email address ye13370412966@163.com.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Edward D. Pare III*
      Edward D. Pare III, Esq.